UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN TSAKONAS,

          Plaintiff,

-against-

Andreas Cosmatos, MD PLLC, Andreas Cosmatos, BOB FONGHO and Mount Sinai Hospital,

          Defendants.

13-cv-07108 (JG) (RER)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, that any and all federal claims that Plaintiff asserted or could have asserted in this action, including but not limited to claims under Title VII of the Civil Rights Act of 1964, the Family and Medical Leave Act, and the Fair Labor Standards Act, are dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED, that the case is remanded to New York Supreme Court, Queens County.

Dated: New York, New York
January 31, 2014

LAW OFFICE OF DEVIAN DANIELS

By: _____
    Devian Daniels, Esq.
Attorneys for Plaintiff
90-04 161 Street, Suite 308
Jamaica, New York 11432
718.523.7121

EDWARDS WILDMAN PALMER LLP

By: _____
    Rory J. McEvoy, Esq.
    Katherine D. Watson, Esq.
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411

SO ORDERED:

_____
Hon. Ramon E. Reyes, Jr., U.S.M.J.
Dated: January __, 2014